FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　v.<br>Sandro Garcia-Marquez<br>　　　Defendant. | CASE NO. SACR 09-25 DOC<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　(A)　(✓)　the appearance of defendant as required; and/or

　　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A. (x) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submitted to detention._

(B) (x) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED: 10-23-2014

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE